ANTHONY DEY, as Ancillary Executor of CHARLES S. SCOTT, Deceased, Appellant, *v.* FERDINAND GREENEBAUM, Impleaded, etc., Respondent.

*Dey* v. *Greenebaum,* 82 Hun, 533, affirmed.
(Argued March 9, 1897; decided March 23, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered December 20, 1894, which granted a new trial upon defendant's exceptions, ordered to be heard in the first instance at General Term, a verdict having been rendered in favor of plaintiff by direction of the court.

*Edward W. S. Johnston* for appellant.

*Charles Goldzier* for respondent.

Order affirmed and judgment absolute ordered for defendant, with costs; no opinion.
All concur.

---

THE TRUSTEES OF AMHERST COLLEGE et al., Respondents, *v.* THOMAS G. RITCH et al., Appellants.

(Submitted March 15, 1897; decided March 23, 1897.)

MOTION for reargument denied, with ten dollars costs. (See 151 N. Y. 282.)